**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MOHAMMED KHURRAM WALI,** ) <br> File No. A47 932 027, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MUKASEY**, U.S. Attorney General, ) <br> Department of Homeland Security**;** ) <br> **EMILIO T. GONZALEZ**, U.S. CITIZENSHIP ) <br> & IMMIGRATION SERVICES, District Director, ) <br> Chicago District Office, ) <br>     Defendants. ) <br> _____) | CASE NO. <br><br> FILED: April 9, 2008 <br> JUDGE 08cv2015 J. N. <br> JUDGE HART <br> MAG. JUDGE COX <br><br> MAGISTRATE |

**COMPLAINT FOR MANDAMUS**

NOW COMES the Plaintiff, Mohammed Khurram Wali, by and through his attorney, Bonita B. Hwang Cho, Law Offices of Cheng, Cho & Yee, P.C., and complaining of Defendants, states as follows:

**JURISDICTION**

1.  This is a civil action brought pursuant to 5 U.S.C. § 704 and 28 U.S.C. § 1331 and § 1361, to compel the Defendants, Emilio T. Gonzales and the U.S. Citizenship & Immigration Services, under the Department of Homeland Security, to accord Plaintiff the due process of law and constitutionally fair procedures in the application process to which he is entitled pursuant to the Fifth Amendment to the Constitution of the United States.

2.  This action is brought to compel Defendants and those acting under them to adjudicate an N-400 Application for Naturalization filed by Plaintiff, Mohammed Khurram Wali, (hereinafter "Wali"), which was filed almost two years ago.

## PARTIES

3. Wali is a citizen of Pakistan and holds lawful permanent resident status.

4. Defendant Emilio T. Gonzales is the District Director of Citizenship & Immigration Services ("CIS") for the District of Chicago, and is empowered to adjudicate visa petitions and naturalization applications.

## FACTS

5. On June 13, 2006 Wali filed an N-400 Application for Naturalization (Exhibit "A").

6. Wali has not received an interview for his N-400 Application to date.

7. It has been almost two years, and Wali has still not been scheduled for an interview on his N-400 application even though Wali is entirely eligible for naturalization.

## CLAIMS

8. Defendants have willfully and unreasonably delayed and refused to schedule Plaintiff's interview on the N-400 Application for Naturalization without any valid cause. Defendant, Emilio T Gonzales, has the authority to schedule adjudicate said application.

9. "District directors are delegated the authority to grant or deny any application or petition submitted to the Service, except for matters delegated to asylum officers pursuant to part 208 and § 253.1(f) of this chapter, or exclusively delegated to service center directors ...." 8 C.F.R. § 103.1(g)(2)(ii)(B).

10. Thus, Defendants have jurisdiction and are entirely empowered to schedule and adjudicate Plaintiff's case, but are unwilling to do so.

11. Plaintiff is entitled to due process of law and constitutionally fair procedures in the application process pursuant to the Fifth Amendment to the Constitution of the United States and inaction on applications is a denial of due process of law and is constitutionally unfair.

12. Defendants owe Plaintiff a duty to adjudicate Plaintiff's N-400 Application for Naturalization in a timely manner, and Defendants have unreasonably failed to perform that duty. Defendants do not have the discretion to refuse to adjudicate any petition.

13. Defendants' refusal to schedule for an interview and adjudicate Plaintiff's case has deprived Wali of the benefits of citizenship in the United States.

14. No administrative remedy is available to the Plaintiff to compel the CIS to do its job and prevent needless delay and inaction from which the Plaintiff is now suffering.

15. Rendering a decision on an N-400 Application for Naturalization is a purely ministerial, non-discretionary act which the CIS District Director is compelled to do in fulfilling the duties of his office.

16. Defendants' actions are without substantial justification. Defendants, by refusing to adjudicate Plaintiff's application, have forced Plaintiff to resort to this Court for relief, and Plaintiff is entitled to attorneys fees pursuant to the Equal Access to Justice Act.

WHEREFORE, the Plaintiff prays that this Court:

1. Compel Defendants and those acting under them to immediately perform their duty to schedule an interview and adjudicate the N-400 Application for

Naturalization filed by Plaintiff;

    2.    Declare that there are no just grounds for the Service to refuse to adjudicate Plaintiff's application;

    3.    Grant attorneys' fees and costs of court under the Equal Access to Justice Act;

    4.    Grant such other and further relief as is fit and proper.

                    Respectfully submitted,
                    **MOHAMMED KHURRAM WALI**


                    By:  _s/ Bonita B. Hwang Cho_
                        One of his attorneys

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com

## **CERTIFICATE OF SERVICE**

I, Bonita B. Hwang Cho, the attorney, hereby certify that on the 9th day of April, 2008, a **Complaint for Mandamus** was served to:

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Emilio Gonzales, Director of U.S. CIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Patrick J. Fitzgerald
U.S. Attorney
Northern District of Illinois
219 South Dearborn, Suite 5000
Chicago, IL 60604


s/Bonita B. Hwang Cho

Attorney for Plaintiff
Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>June 21, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 047 932 027 |
| APPLICATION NUMBER<br>LIN*000919618 | RECEIVED DATE<br>June 13, 2006 | PRIORITY DATE<br>June 13, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MOHAMMED KHURRAM RAZZAQ WALI
# 104
5455 N KIMBALL AVE
CHICAGO IL 60625

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:     $400.00
Total Balance Due:           $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:             August 05, 1984
Address Where You Live:    5455 N KIMBALL AVE # 104
                           CHICAGO IL 60625

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000865834

