AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Mohammed Khurram Razzaq Wali, Individually
Plaintiff

V.

Michael Mukasey, U.S. Attorney General, et. al.

CASE NUMBER:    08CV2015

ASSIGNED JUDGE:    JUDGE HART
MAG. JUDGE CO

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for t relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tir after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**April 9, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *4 / 11 / 08* |
|---|---|
| NAME OF SERVER *(PRINT)*    HO CHUNG | TITLE    LAW CLERK |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:  _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): *RETURN CERTIFIED MAIL TO :*

*MICHAEL MUKASEY U.S. Attorney General c/o OFFICE OF GENERAL COUNSEL*

*U.S. Dept. of Homland Security*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *4/ 11 /08*  _____
                Date                         *Signature of Server*

*234 N LaSalle St St 1618 CHICAGO, IL 60602*
                *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.