# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Mohammed Khurram Razzaq Wali, Individually
Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:    08CV2015
                   JUDGE HART

Michael Mukasey, U.S. Attorney General, et. al.

DESIGNATED           MAG. JUDGE COX
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Patrick J. Fitzgerald
U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn, Suite 5000
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho and Yee, P.C
134 N. LaSalle Street, Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK                                    April 9, 2008
                                                     Date

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4/11/2008 |
| NAME OF SERVER (PRINT)  HO CHUNG | TITLE  LAW CLERK |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's Office  NORTHERN DISTRICT OF ILLINOIS 219 S. DEARBORN, SUITE 500 CHICAGO, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/11/08
            Date

Signature of Server

Address of Server: 134 N LaSalle St St 1618 CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.