## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MOHAMMED KHURRAM WALI,** | ) | |
| File No. A47 932 027, | ) | |
|     Plaintiffs, | ) | CASE NO. 08CV2015 |
| | ) | |
|     v. | ) | |
| | ) | JUDGE HART |
| **ALBERTO GONZALES**, Attorney General, | ) | |
| Department of Homeland Security; | ) | |
| **ROBERT BLACKWOOD**, District Director, Chicago | ) | |
| District Office, U.S. Citizenship & Immigration | ) | |
| Services | ) | MAGISTRATE COX |
|     Defendants. | ) | |
| | ) | |

## <u>MOTION FOR HEARING</u>

NOW COMES Plaintiff, MOHAMMED KHURRAM WALI, by and through his attorney, BONITA B. HWANG CHO, LAW OFFICES OF CHENG, CHO & YEE, P.C., and respectfully requests this Court to set a hearing date in this case, and in support thereof, states as follows:

1.    That Defendants were personally served with a Summons and a copy of the Complaint herein on April 11, 2008.

2.    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the Defendants have sixty days, until June 11, 2008, to file their Answer to the Complaint.

3.    However, as of June 13, 2008, Defendants have not filed an answer, and a status hearing date has not been set.

4.    This non-action by the Defendants is causing yet another willful and unreasonable delay for the Plaintiff's naturalization Application.

WHEREFORE, Plaintiff respectfully requests that this Court order the following:

A.      Schedule an immediate hearing in this matter; or in the alternative

B.      Order Defendants to schedule an interview on Plaintiff's naturalization

Application

C.      Grant such other and further relief as this Court deems fit.

Respectfully submitted,
MOHAMMED KHURRAM WALI


By:  /s/ Bonita B. Hwang Cho
One of their Attorneys

Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Ste. 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com

## <u>CERTIFICATE OF SERVICE</u>

I, Bonita B. Hwang Cho, the attorney, hereby certify that on the 17 day of June, 2008 , a

**Motion For Hearing** was served to:

Patrick Walter Johnson
U.S. Attorney
Northern District of Illinois
219 South Dearborn, Suite 500
Chicago, IL 60605

Attorney for Plaintiff
Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088